**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:
Gretter Autoland, Inc.,                                               Case No. 14−02831−als7
                       Debtor(s)

Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, PLC,     Adv No. 15−30042−als
                       Plaintiff(s)
vs.
Edwards Auto Plaza, Inc.,
                       Defendant(s)

January 12, 2016 Telephonic Hearing on:
**Motion for Relief from Order (#19) and Objection (#21).**

Appearances were noted on the record.

**ORDER**
(date entered on docket: January 13, 2016)

Based upon the representations made by the parties at the hearing

**It is hereby ORDERED that:**

1. The Motion is denied.

2. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

/s/ Anita L. Shodeen

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Adversary Proceeding